Argued and submitted March 31, vacated in part; remanded for resentencing; otherwise affirmed May 15, 2003

STATE OF OREGON,
*Respondent,*

*v.*

DANIEL GLEN BIGELOW,
*Appellant.*

99CR0632; A106783

69 P3d 786

Shawn Wiley, Deputy Public Defender, argued the cause for appellant. With her on the brief was David E. Groom, Acting Executive Director, Office of Public Defense Services.

Holly A. Vance, Assistant Attorney General, filed the brief for respondent. With her on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Edmonds, Presiding Judge, and Deits, Chief Judge, and Kistler, Judge.

PER CURIAM

## PER CURIAM

Defendant appeals the sentence imposed after he pled guilty to theft by receiving. ORS 164.055(1)(c). We reject most of his arguments without discussion. The state concedes that the trial court erred by imposing restitution for items that defendant returned to the victim, and we agree.

Order of restitution vacated; remanded for resentencing; otherwise affirmed.